NUMBER 13-01-872-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

________________________________________________________________


ELIO BOTELLO AND McALLEN PRODUCE TERMINAL 

MARKET OWNERS' ASSOCIATION , Appellants,


v.


FIDEICOMISO LIQUIDADOR DE INSTITUCIONES Y ORGANIZACIONES 

AUXILLIARES DE CREDITO, Appellee.

________________________________________________________________


On appeal from County Court at Law No. 4

of Hidalgo County, Texas.

________________________________________________________________

 

O P I N I O N

 

Before Chief Justice Valdez and Justices Hinojosa and Yañez 

Opinion Per Curiam

 

Appellants, ELIO BOTELLO AND McALLEN PRODUCE TERMINAL MARKET OWNERS' ASSOCIATION,
perfected an appeal from a judgment entered by County Court at Law No. 4 of Hidalgo County, Texas, in cause number
CL-37,770-D. After the record and appellants' brief were filed, appellee filed a notice of filing agreement pursuant to Rule
6.6. The notice states that the parties have entered into an agreement to dismiss the appeal.

The Court, having considered the documents on file and appellee's notice, is of the opinion that the appeal should be
dismissed. The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 4th day of April, 2002 .